Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 18−16894−SLM
            Chapter: 13
            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio C. Gamarra
   174 West Emerson Ave
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−7129

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 15, 2018.

On 09/25/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                November 14, 2018
Time:               09:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 26, 2018
JAN: dlr

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Julio C. Gamarra  
    Debtor

Case No. 18-16894-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 26, 2018  
                 Form ID: 185      Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.

```
db           +Julio C. Gamarra,   174 West Emerson Ave,   Rahway, NJ 07065-3147
517441099    +AA/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517441101    +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517441102    +AMEX DSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
517512032     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
517441109    +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517441113    +CIT BANK NA,   6900 BEATRICE DR,    KALAMAZOO, MI 49009-9559
517441117    +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517441121    +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517495746    +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
517476093    +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517441129    +MCYDSNB,    PO BOX 8218,    MASON, OH 45040-8218
517441130   #+PayPal credit,    P.O Box 105658,    Atlanta, GA 30348-5658
517441132    +SPECIALIZED LOAN SERVI,    8742 LUCENT BLVD,    HIGHLANDS RANCH, CO 80129-2386
517441140    +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517441127    +Yemico Gamarra,   174 West Emerson Ave.,   Rahway, NJ 07065-3147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:32
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517441105     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:33:47     CAPITAL ONE,
               15000 CAPITAL ONE DR,   RICHMOND, VA 23238
517541435     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:33:07
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517586110    +E-mail/Text: bncmail@w-legal.com Sep 27 2018 00:30:10     Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517441126    +E-mail/Text: bknotice@ercbpo.com Sep 27 2018 00:30:05     ENHANCED RECOVERY CO L,
               8014 BAYBERRY RD,   JACKSONVILLE, FL 32256-7412
517441128    +E-mail/Text: collections@jeffersonassociates.com Sep 27 2018 00:30:06     JEFFERSON ASSOCIATES,
               3 CORAL ST,   EDISON, NJ 08837-3242
517543087    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 00:29:56     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517441131    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:33:52
               PORTFOLIO RECOVERY ASS,    120 CORPORATE BLVD STE 1,   NORFOLK, VA 23502-4952
517539633     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:34:34
               Portfolio Recovery Associates, LLC,   C/O Dell Financial Services, LLC,   POB 41067,
               Norfolk VA 23541
517589614     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:45:38
               Portfolio Recovery Associates, LLC,   c/o American Airlines,   POB 41067,   Norfolk VA 23541
517539637     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:45:16
               Portfolio Recovery Associates, LLC,   c/o Banana Republic,   POB 41067,   Norfolk VA 23541
517557865     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:46:02
               Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
               Norfolk VA 23541
517572848     E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2018 00:29:49
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517441133    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:09     SYNCB,   PO BOX 965005,
               ORLANDO, FL 32896-5005
517441134    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:22     SYNCB/AMER EAGLE DC,
               PO BOX 965005,   ORLANDO, FL 32896-5005
517441135    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:22     SYNCB/BANANA REP,   PO BOX 965005,
               ORLANDO, FL 32896-5005
517441136    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:22     SYNCB/GAP,   PO BOX 965005,
               ORLANDO, FL 32896-5005
517441138    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:39     SYNCB/LOWES,   PO BOX 956005,
               ORLANDO, FL 32896-0001
517441139    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:31     SYNCB/PC RICHARD,   PO BOX 965036,
               ORLANDO, FL 32896-5036
517441858    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:01     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517570172    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2018 00:34:00     Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Sep 26, 2018
                              Form ID: 185             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517441104          CAP1/BSTBY
517441100*        +AA/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517441103*        +AMEX DSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
517441106*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                   (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517441107*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                   (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517441108*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                   (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517441110*        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517441111*        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517441112*        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517441114*        +CIT BANK NA,    6900 BEATRICE DR,    KALAMAZOO, MI 49009-9559
517441115*        +CIT BANK NA,    6900 BEATRICE DR,    KALAMAZOO, MI 49009-9559
517441116*        +CIT BANK NA,    6900 BEATRICE DR,    KALAMAZOO, MI 49009-9559
517441118*        +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517441119*        +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517441120*        +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517441122*        +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517441123*        +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517441124*        +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517441125*        +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517441137*        +SYNCB/GAP,    PO BOX 965005,    ORLANDO, FL 32896-5005
                                                                                             TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Julio C. Gamarra rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```