

**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on April 1, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Julio C. Gamarra | : | CASE NO. 18-16894 |
| | : | The Honorable Stacey L. Meisel |
| Debtors | : | Hearing Date: March 13, 2019 at 10:00 a.m. |

___

**ORDER TO APPROVE AND DISBURSE SETTLEMENT**
___

　　　　The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 1, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

.

Page 2
Debtor: Julio C. Gamarra
Case No. 18-16894-SLM
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $44,388.00.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $3,551.00 to be disbursed to the debtor's special counsel, Vincent Jesuele, Esq.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $300.00 to be disbursed to Dr. Sall Myers.

**FURTHER ORDERED** that the Debtor is exempt from turning over the net proceeds in the amount of $23,675.00 to the Chapter 13 Standing Trustee pursuant to 11 U.S.C. § 522(d)(11)(D).

**FURTHER ORDERED** that $1,400.00 shall be disbursed payable to Russell L. Low, Esq. upon entry of an Order Allowing for Supplemental Fees.

**FURTHER ORDERED** that remaining proceeds shall be disbursed to the Chapter 13 Standing Trustee, Marie-Ann Greenberg and said non-exempt funds will be paid first to the unsecured claims as filed.