**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

**Order Filed on April 1, 2019 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Julio C. Gamarra | : | CASE NO. 18-16894 |
| | : | The Honorable Stacey L. Meisel |
| Debtors | : | Hearing Date: March 13, 2019 at 10:00 a.m. |

---
**ORDER TO APPROVE AND DISBURSE SETTLEMENT**

---

      The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 1, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

.

Page 2
Debtor: Julio C. Gamarra
Case No. 18-16894-SLM
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

___

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $44,388.00.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $3,551.00 to be disbursed to the debtor's special counsel, Vincent Jesuele, Esq.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $300.00 to be disbursed to Dr. Sall Myers.

**FURTHER ORDERED** that the Debtor is exempt from turning over the net proceeds in the amount of $23,675.00 to the Chapter 13 Standing Trustee pursuant to 11 U.S.C. § 522(d)(11)(D).

**FURTHER ORDERED** that $1,400.00 shall be disbursed payable to Russell L. Low, Esq. upon entry of an Order Allowing for Supplemental Fees.

**FURTHER ORDERED** that remaining proceeds shall be disbursed to the Chapter 13 Standing Trustee, Marie-Ann Greenberg and said non-exempt funds will be paid first to the unsecured claims as filed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16894-SLM
Julio C. Gamarra                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Apr 01, 2019
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db          +Julio C. Gamarra,    174 West Emerson Ave,    Rahway, NJ 07065-3147
aty         +Vincent Jesuele,    Kessler, DiGiovanni & Jesuele LLP,    773 Central Avenue,    PO Box 2429,
              Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Julio C. Gamarra rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5