Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16894−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Julio C. Gamarra
174 West Emerson Ave
Rahway, NJ 07065

Social Security No.:
xxx−xx−7129

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 16, 2018.

On 12/29/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date: February 9, 2022
Time: 08:30 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 30, 2021
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Julio C. Gamarra  
    Debtor

Case No. 18-16894-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 30, 2021      Form ID: 185      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio C. Gamarra, 174 West Emerson Ave, Rahway, NJ 07065-3147 |
| 517441101 | + | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517441102 | + | AMEX DSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 517512032 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517441113 | + | CIT BANK NA, 6900 BEATRICE DR, KALAMAZOO, MI 49009-9559 |
| 517476093 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517441132 | + | SPECIALIZED LOAN SERVI, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517441127 | + | Yemico Gamarra, 174 West Emerson Ave., Rahway, NJ 07065-3147 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2021 20:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2021 20:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2021 20:13:05 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517441099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2021 20:13:11 | AA/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517441105 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2021 20:13:13 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517441117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2021 20:13:16 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517541435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2021 20:13:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517586110 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2021 20:06:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517441121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2021 20:13:16 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517495746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2021 20:13:07 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517441129 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-16894-SLM    Doc 88    Filed 01/01/22    Entered 01/02/22 00:09:32    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2021 | Form ID: 185 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 30 2021 20:13:07 | MCYDSNB, PO BOX 8218, MASON, OH 45040 |
| 517984292 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 30 2021 20:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517441126 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Dec 30 2021 20:06:00 | ENHANCED RECOVERY CO L, 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 |
| 517441128 | + | Email/Text: collections@jeffersonassociates.com | | |
| | | | Dec 30 2021 20:06:00 | JEFFERSON ASSOCIATES, 3 CORAL ST, EDISON, NJ 08837-3242 |
| 517441109 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 30 2021 20:13:13 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517543087 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 30 2021 20:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517441131 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 30 2021 20:13:05 | PORTFOLIO RECOVERY ASS, 120 CORPORATE BLVD STE 1, NORFOLK, VA 23502-4952 |
| 517539633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 30 2021 20:13:14 | Portfolio Recovery Associates, LLC, C/O Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 517589614 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 30 2021 20:13:10 | Portfolio Recovery Associates, LLC, c/o American Airlines, POB 41067, Norfolk VA 23541 |
| 517539637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 30 2021 20:13:06 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 517557865 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 30 2021 20:13:14 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517441130 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:14 | PayPal credit, P.O Box 105658, Atlanta, GA 30348-5658 |
| 517572848 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 30 2021 20:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517441133 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:04 | SYNCB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517441134 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:10 | SYNCB/AMER EAGLE DC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517441135 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:14 | SYNCB/BANANA REP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517441136 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:09 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517441138 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:09 | SYNCB/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 517441139 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:05 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 518140441 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 30 2021 20:06:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140442 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 30 2021 20:06:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517441858 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 30 2021 20:13:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517441140 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 30 2021 20:13:07 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2021 | Form ID: 185 | Total Noticed: 42 |

| | | | | 57117-6497 | |
|---|---|---|---|---|---|
| 517570172 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2021 20:13:11 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517441104 | | CAP1/BSTBY |
| 517441100 | *+ | AA/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517441103 | *+ | AMEX DSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 517441106 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517441107 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517441108 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517441114 | *+ | CIT BANK NA, 6900 BEATRICE DR, KALAMAZOO, MI 49009-9559 |
| 517441115 | *+ | CIT BANK NA, 6900 BEATRICE DR, KALAMAZOO, MI 49009-9559 |
| 517441116 | *+ | CIT BANK NA, 6900 BEATRICE DR, KALAMAZOO, MI 49009-9559 |
| 517441118 | *+ | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517441119 | *+ | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517441120 | *+ | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517441122 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517441123 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517441124 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517441125 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517441110 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517441111 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517441112 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517441137 | *+ | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| aty | ##+ | Vincent Jesuele, Kessler, DiGiovanni & Jesuele LLP, 773 Central Avenue, PO Box 2429, Westfield, NJ 07091-2429 |

TOTAL: 1 Undeliverable, 19 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 01, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Dec 30, 2021 Form ID: 185 Total Noticed: 42

below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Julio C. Gamarra ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5