# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*  *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*  *Fax: (201)-488-5788*

**STANLEY W. LOW**  **RUSSELL L. LOW**

February 7, 2022

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

Re: Case No. 18-16894-SLM, Julio Gamarra

Dear Honorable Meisel,

    Please withdraw Doc. 85, Modified Chapter 13 Plan - After Confirmation. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**