Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16894−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio C. Gamarra
   174 West Emerson Ave
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−7129

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/14/22 at 10:00 AM

to consider and act upon the following:

*92* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/23/2022. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*94* − Certification in Opposition to (related document:92 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/23/2022. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Julio C. Gamarra. (Low, Russell)

Dated: 8/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court