| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>Darin D. Pinto<br>NJ Bar ID 016661991<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9405 (Phone)<br>(908) 317-317-9554 (Fax)<br>Attorneys for Party-in-Interest | |
| In Re:<br><br>Julio C. Gamarra,<br><br>Debtor. | Case No.:    18-16894<br><br>Chapter:    13<br><br>Judge:    SLM |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **Party-in-Interest Yemico Gammara.** Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Darin D. Pinto, Esq.
Law Offices of Darin D. Pinto, P.C.
376 South Avenue East
Westfield, New Jersey 07090

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: November 7, 2022

/s/ Darin D. Pinto
Signature

*new.8/1/15*