UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ.-4745

In re:
    Julio C. Gamarra

| | |
|---|---|
| Case No.: | 18-16894 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 11/9/22 at 2:00 p.m. |
| Judge: | SLM |

## CERTIFICATION OF SERVICE

1. I, __Russell L. Low, Esq.__ :
   ☑ represent __the debtor__ in the this matter.
   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.
   ☐ am the _____ in the this case and am representing myself.

2. On __November 4, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Motion to Sell Property at 174 West Emerson Avenue Rahway, NJ 07065

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __November 4, 2022__

/s/ Russell L. Low
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AA/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| AMEX DSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| CAPITAL ONE<br>15000 CAPITAL ONE DR<br>RICHMOND, VA 23238 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| CIT BANK NA<br>6900 BEATRICE DR<br>KALAMAZOO, MI 49009 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail |

| Name/Address | Role | Method |
|---|---|---|
|  |  | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| DSNB MACYS<br>PO BOX 8218<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| Yemico Gamarra<br>174 West Emerson Ave.<br>Rahway, NJ 07065 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| JEFFERSON ASSOCIATES<br>3 CORAL ST<br>EDISON, NJ 08837 | DSO Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| MCYDSNB<br>PO BOX 8218<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| PayPal credit<br>P.O Box 105658<br>Atlanta, GA 30348 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__ |

*rev. 8/1/15*

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| PORTFOLIO RECOVERY ASS<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| SPECIALIZED LOAN SERVI<br>8742 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, CO 80129 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Overnight___<br>(as authorized by the court *) |
| SYNCB<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| SYNCB/AMER EAGLE DC<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| SYNCB/BANANA REP<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| SYNCB/GAP<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| SYNCB/LOWES<br>PO BOX 956005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| SYNCB/PC RICHARD<br>PO BOX 965036<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ___Fax___<br>(as authorized by the court *) |
| Angelina Banina<br>Keller Williams<br>180 Elm Street<br>Westfield NJ 07090 | Seller's Realtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LAW OFFICE of ROTHBLATT LAW, LLC<br>197 Route 18 South<br>Suite 3000 South Tower<br>East Brunswick NJ 08816 | Real Estate/Seller's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Martin Pankiewicz<br>Law Office of Martin Pankiewicz, LLC<br>812 N. Wood Ave Suite 304<br>Linden NJ 07036 | Buyers Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Amanda Marreiros<br>111 Fairbanks Street<br>Hillside NJ 07205 | Buyer | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Honorable Stacey L. Meisel<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3A | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ  07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail___<br>(as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight Mail___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev. 8/1/15