RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on November 9, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Julio C. Gamarra | : Case No. ~~18-31389~~ 18-16894 |
| Debtor | : The Honorable Stacey L. Meisel |
| Hearing Date | : November 9, 2022 at 2:00 p.m. |

**REVISED ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form: ☐ Followed   ☒ Modified

The relief set forth on the following pages number two (2) to page two (2) is hereby ORDERED.

**DATED: November 9, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as: **174 West Emerson Avenue Rahway NJ 07065**

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

| Name of Professional | Amount to be Paid |
|---|---|
| Steven D. Rothblatt, Esq. | $3,000.00 flat fee + $40.00 costs |
| Russell L. Low, Esq. | $2,500.00 |
| Angelina Banina | 2.5% commission |

Services Rendered: Real Estate Attorney, Chapter 13 Attorney, and Realtor

3. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

4. Secured Creditor, Specialized Loan Servicing, shall be paid in full at time of closing out of proceeds of sale, per the terms of a valid and up to date payoff letter.

5. Upon closing on the sale of the property, the debtor's ex-wife, Yemico Gamarra shall receive 50% of the net proceeds.

6. The chapter 13 plan will be paid off at a 100% dividend to the unsecured creditors from the debtor's half of the net proceeds.

7. The sale of the property must take place within 30 days after the entry of this Order.

8. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after closing.

9. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.