UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ,-4745

Order Filed on November 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Julio C. Gamarra

| | |
|---|---|
| Case No.: | 18-16894 |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER AUTHORIZING RETENTION OF

Angelina Banina

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Angelina Banina _____

as _____ realtor _____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  Keller Williams

    188 Elm Street

    Westfield NJ 07090

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*